Argued and submitted February 28, affirmed June 22, 2005

STATE OF OREGON,
*Respondent,*

*v.*

RONALD FITZGERALD FORD,
*Appellant.*

030231061; A122639

114 P3d 540

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Deputy Defender, and Louis R. Miles, Deputy Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Deits, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Stickney,* 195 Or App 155, 97 P3d 1205 (2004), *rev den,* 338 Or 17 (2005).